**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**TERRANCE D. DAVISON,**

   **Petitioner,**

v.                                             **CASE NO. 3:20cv5627-MCR/MAF**

**STATE OF FLORIDA,**

   **Respondent.**

_____/

## O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge.  ECF No. 10.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).   I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.   The Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

2.   The § 2254 petition for writ of habeas corpus, ECF No. 1, is

**DISMISSED**.

3.   A certificate of appealability is **DENIED** and leave to appeal in forma

pauperis is also **DENIED**.

**DONE AND ORDERED** this 15th day of March 2021.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**